**Order entered August 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00358-CR

**BRIAN GLENN JORDAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F-0933222-I**

## ORDER

The Court has before it appellant's August 22, 2014 pro se motion for an extension of time to file his pro se response to the *Anders* brief filed by counsel or for appointment a new attorney.

We **DENY** the motion to the extent it seeks new counsel.

We **DENY** as premature the motion to the extent it seeks an extension of time to file a pro se response. By letter dated August 20, 2014, this Court notified appellant that his pro se response was due by October 17, 2014.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Brian Glenn Jordan, TDCJ No. 01915696, Middleton Transfer Facility, 13055 F.M. 3522, Abilene, Texas 79601.

/s/  LANA MYERS
    JUSTICE